IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUCAS OBI,** | : | |
| Petitioner | : | No. 1:12-cr-00311 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 19th day of April 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Lucas Obi's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 90) is **DENIED AS MOOT**;

2. Petitioner Lucas Obi's Amended Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 150) is **DENIED**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** civil case number 1:19-cv-01860.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania